U.S. Department of Homeland Security
United States Coast Guard

Director
National Vessel Documentation Center

792 T. J. Jackson Drive
Falling Waters, WV 25419
Phone: (800) 799-8362
Fax: 304-271-2405

**September 7, 2022**

**Regarding your recent submission to the National Vessel Documentation Center**

This cover letter with enclosure(s) is sent in response to a submission made to this office. If you have any questions, please contact the National Vessel Documentation Center at the number shown above.

**Enclosures:**

(1) Abstract of Title O/N:1080607 3 PAGE(S)

**TOTAL:** 4 PAGE(S) (including cover page)

EXHIBIT A
PAGE 1 OF 4

PLAINTIFF
EXHIBIT NO. A
ADMITTED ☐

(CASE NUMBER)

DEPARTMENT OF TRANSPORTATION
U.S. COAST GUARD
CG-1332 (Rev. 6-93)

# GENERAL INDEX OR ABSTRACT OF TITLE

OMB APPROVED 2115-0110

VESSEL BUILT AT ASTORIA, OR

(AND) ______ IN 1989

BY PAUL F. UNDERHILL

FOR PAUL F. UNDERHILL

BUILDER'S CERTIFICATE DATED AUGUST 24, 1999

TITLE ASSIGNED TO ROBERT A. KEE

1080607
(OFFICIAL NUMBER)

ORZ00253G989
(HULL ID NUMBER)

(5)

(4)

(3)

(2)

(1) GUNS-N-ROSES

NAME OF VESSEL

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| BS | 100 | 4 05 99 | - | 99-99 | 392 |

| FILED PORT | DATE | TIME | DATE TERMINATED |
|---|---|---|---|
| NVDC | 4 27 99 | 9 40 AM | - - - |

GRANTOR

ROBERT A. KEE

GRANTEE

R. E. KEE, INC.

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| | | | | | |

| FILED PORT | DATE | TIME | DATE TERMINATED |
|---|---|---|---|
| | | | |

GRANTOR

GRANTEE

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| | | | | | |

| FILED PORT | DATE | TIME | DATE TERMINATED |
|---|---|---|---|
| | | | |

GRANTOR

GRANTEE

☐ ISSUED AS AN ABSTRACT OF TITLE ☐ ISSUED FOR CHANGE OF PORT OF RECORD

DATE: TIME:

PAGE: OF PORT:

DOCUMENTATION OFFICER

PREVIOUS EDITION MAY BE USED

EXHIBIT A

PAGE 2 OF 4

| DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD CG - 1332 | GENERAL INDEX OR ABSTRACT OF TITLE CONTINUATION SHEET NO. 1 | Official No. 1080607 |
|---|---|---|

**INSTRUMENT TYPE**
**BILL OF SALE**

| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | AUGUST 3, 2009 | $20,000.00 | 735510 | 11750315 |

| DATE FILED | TIME FILED | STATUS |
|---|---|---|
| MARCH 19, 2010 | 9:15 AM | RECORDED |

SELLER
R.E. KEE INC

BUYER
LUKE J GARDNER LLC

**INSTRUMENT TYPE**
**BILL OF SALE**

| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | MAY 5, 2014 | $1.00 | 19474600 | 4 |

| DATE FILED | TIME FILED | STATUS |
|---|---|---|
| MAY 08, 2014 | 6:30 PM | RECORDED |

SELLER
LUKE J GARDNER LLC

BUYER
CLIFFORD F BLACK

DISCHARGED
**YES**

**INSTRUMENT TYPE**
**PREFERRED MORTGAGE**

| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | MAY 8, 2014 | $99,000.00 | 19474600 | 6 |

| DATE FILED | TIME FILED | STATUS |
|---|---|---|
| MAY 08, 2014 | 6:30 PM | RECORDED |

MORTGAGOR
CLIFFORD F BLACK

MORTGAGEE
NORTH PACIFIC SEAFOODS INC
4 NICKERSON STREET, SUITE 400
SEATTLE WA 98109

**INSTRUMENT TYPE**
**SATISFACTION OF MORTGAGE**

REFERS TO: **BATCH: 19474600 DOC ID: 6**

| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | NOVEMBER 14, 2018 | $99,000.00 | 57714000 | 2 |

| DATE FILED | TIME FILED | STATUS |
|---|---|---|
| NOVEMBER 14, 2018 | 5:28 PM | RECORDED |

MORTGAGEE
NORTH PACIFIC SEAFOODS INC

MORTGAGOR
CLIFFORD F BLACK

**INSTRUMENT TYPE**
**BILL OF SALE**

| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | NOVEMBER 7, 2018 | $1.00 | 57715900 | 2 |

| DATE FILED | TIME FILED | STATUS |
|---|---|---|
| NOVEMBER 14, 2018 | 6:41 PM | RECORDED |

SELLER
CLIFFORD F BLACK

EXHIBIT A
PAGE 3 OF 4

BUYER
I KILL FISH LLC

This space intentionally left blank

| DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD CG - 1332 | GENERAL INDEX OR ABSTRACT OF TITLE CONTINUATION SHEET NO. 2 | Official No. 1080607 |
|---|---|---|

**STATUS: ON RECORD**

**Vessel Name Change To OVERKILL 11/28/2018**

INSTRUMENT TYPE

**PREFERRED MORTGAGE**

| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | OCTOBER 13, 2018 | $130,000.00 | 57716000 | 2 |

| DATE FILED | TIME FILED | STATUS |
|---|---|---|
| NOVEMBER 14, 2018 | 6:43 PM | RECORDED |

MORTGAGOR

I KILL FISH LLC

MORTGAGEE

CLIFFORD F. BLACK
11620 OUR RD
ANCHORAGE AK 99516

ISSUED AS AN ABSTRACT OF TITLE AS OF

DATE: 08/26/2022 TIME: 6:30 AM

Christina G. Walden
DIRECTOR, NATIONAL VESSEL DOCUMENTATION CENTER

EXHIBIT A
PAGE 4 OF 4

PREVIOUS EDITION MAY BE USED