U.S. Department of Homeland Security

United States Coast Guard

Director
National Vessel Documentation Center

792 T J Jackson Drive
Falling Waters, WV 25419-9502
Staff Symbol: NVDC
Phone: (800) 799-8362
(304) 271-2400

REV3/00

**DATE:** September 19, 2022 **REFERENCE 22-0368**

**FROM:** Angela M Saenz

**ATTN:** Kevin D Callahan

**SUBJECT:** Vessel OVERKILL, O.N. 1080607

Transmission includes cover page plus 16 Page)s).

**COMMENTS:**

This is in response to your request dated September 15, 2022 concerning documentation information.

Enclosed is a copy of the responsive material for the subject vessel.

PREFERRED MORTGAGE BATCH 57716000 DOC ID 2
BILL OF SALE BATCH 57715900 DOC ID 2

I hope this information is helpful. If you have any questions, please call the phone number below.

Sincerely,

Angela Saenz

Angela Saenz
Documentation Assistant

US Coast Guard
National Vessel Documentation Center
792 TJ Jackson Drive
Falling Waters, WV 25419
1-800-799-8362

Fax:

E-Mail: kdcallahanlaw@protonmail.com

PLAINTIFF
EXHIBIT NO. B
ADMITTED ☐
(CASE NUMBER)

EXHIBIT B
PAGE 1 OF 17

EMAILED Batch #: 57716000 / Doc #: 2 / File Date: 11/14/2018 6:43:00 P

DEPARTMENT OF HOMELAND SECURITY
U.S. Coast Guard
**OPTIONAL APPLICATION FOR FILING**
*(PRIVACY ACT ON REVERSE)*

OMB No: 1625-0027
Expires: 07/31/2019

1. VESSEL NAME *(ATTACH SCHEDULE IF MORE THAN ONE VESSEL)*

OVERKILL

2. OFFICIAL NUMBER OR OTHER UNIQUE IDENTIFIER

1080607

3. INSTRUMENT TYPE *(CHECK ALL THAT APPLY)*

- [x] PREFERRED MORTGAGE
- [ ] CHATTEL MORTGAGE
- [ ] AMENDMENT
- [ ] ASSUMPTION
- [ ] SUPPLEMENT
- [ ] SUBORDINATION
- [ ] ASSIGNMENT
- [ ] OTHER *(DESCRIBE)*

NATIONAL VESSEL DOCUMENTATION CENTER
US COAST GUARD
I HEREBY CERTIFY THIS TO BE A TRUE COPY OF THE RECORD OF THIS OFFICE
Angela Soe
DOCUMENTATION OFFICER
DATE 9-8-2022 @ 6:30AM

4. NAME(S) AND ADDRESS(ES) OF GRANTOR(S) *(MORTGAGOR(S), ASSIGNOR(S), ASSUMING PARTY(IES), OR OTHER(S) - SEE INSTRUCTIONS)*

CLIFFORD F. BLACK
11620 OUR ROAD
ANCHORAGE, AK 99516

INTEREST OWNED IN VESSEL OR HELD IN MORTGAGE AFFECTED BY ATTACHED INSTRUMENT ______%. *(100% UNLESS OTHERWISE STATED)*

5. NAME(S) AND ADDRESS(ES) OF GRANTEE(S) *(MORTGAGEE(S), ASSIGNEE(S), OR OTHER(S) – SEE INSTRUCTIONS)*

I KILL FISH LLC
2205 10TH STREET WEST
PALMETTO, FL 34221
401 RYLAND STREET, STE 200-A
RENO, NV 89502

PERCENTAGE OF VESSEL MORTGAGED OR MORTGAGE ASSIGNED ________ %. *(100% UNLESS OTHERWISE STATED)*

6. AMOUNT

$130,000.00

7. IDENTIFICATION ON INSTRUMENT ASSUMED, ASSIGNED, AMENDED, SUPPLEMENTED, SUBORDINATED, OR OTHERWISE MODIFIED:

RECORDED BOOK: PAGE: FILE/RECORDED DATE: TIME.

OTHER IDENTIFYING DATA.

8. CERTIFICATION AND ATTESTATION: I (WE) HEREBY CERTIFY THAT THE FACTS RECITED HEREIN ARE TRUE AND CORRECT. I (WE) UNDERSTAND THAT THE U.S. COAST GUARD WILL RELY ON THOSE RECITATIONS IN INDEXING THE ATTACHED INSTRUMENT.

SIGNATURE(S): (SEE INSTRUCTIONS)

FOR THE GRANTOR(S)

CLIFFORD F. BLACK *Cliff Black*

FOR THE GRANTEE(S)

I KILL FISH LLC
BY: TREVER FLATHMAN, MEMBER

STATE: CA

COUNTY: Santa Cruz

SUBSCRIBED AND SWORN BEFORE ME ON: 11/06/2018

NOTARY PUBLIC: *[signature]* Chris Klein, Notary Public

MY COMMISSION EXPIRES: 11/23/2021 (DATE)

CHRIS KLEIN
Notary Public - California
Santa Cruz County
Commission # 2222971
My Comm. Expires Nov 23, 2021

WARNING: FALSE STATEMENT MAY RESULT IN FINE OR IMPRISONMENT PURSUANT TO TITLE 18 USC.



Reset

EXHIBIT B
PAGE 2 OF 17

DEPARTMENT OF HOMELAND SECURITY
U.S. Coast Guard
**OPTIONAL APPLICATION FOR FILING**
*(PRIVACY ACT ON REVERSE)*

OMB No: 1625-0027
Expires: 07/31/2019

1. VESSEL NAME *(ATTACH SCHEDULE IF MORE THAN ONE VESSEL)*

OVERKILL

2. OFFICIAL NUMBER OR OTHER UNIQUE IDENTIFIER

1080607

3. INSTRUMENT TYPE *(CHECK ALL THAT APPLY)*

- [x] PREFERRED MORTGAGE
- [ ] CHATTEL MORTGAGE
- [ ] AMENDMENT
- [ ] ASSUMPTION
- [ ] SUPPLEMENT
- [ ] SUBORDINATION
- [ ] ASSIGNMENT
- [ ] OTHER *(DESCRIBE)*

4. NAME(S) AND ADDRESS(ES) OF GRANTOR(S) *(MORTGAGOR(S), ASSIGNOR(S), ASSUMING PARTY(IES), OR OTHER(S) - SEE INSTRUCTIONS)*

CLIFFORD F. BLACK
11620 OUR ROAD
ANCHORAGE, AK 99516

INTEREST OWNED IN VESSEL OR HELD IN MORTGAGE AFFECTED BY ATTACHED INSTRUMENT ______%. *(100% UNLESS OTHERWISE STATED)*

5. NAME(S) AND ADDRESS(ES) OF GRANTEE(S) *(MORTGAGEE(S), ASSIGNEE(S), OR OTHER(S) -- SEE INSTRUCTIONS)*

I KILL FISH LLC
2205 10TH STREET WEST
PALMETTO, FL 34221
401 RYLAND STREET, STE 200-A
RENO, NV 89502

PERCENTAGE OF VESSEL MORTGAGED OR MORTGAGE ASSIGNED ________%. *(100% UNLESS OTHERWISE STATED)*

6. AMOUNT

$130,000.00

7. IDENTIFICATION ON INSTRUMENT ASSUMED, ASSIGNED, AMENDED, SUPPLEMENTED, SUBORDINATED, OR OTHERWISE MODIFIED:

RECORDED BOOK: PAGE: FILE/RECORDED DATE: TIME:

OTHER IDENTIFYING DATA:

8. CERTIFICATION AND ATTESTATION: I (WE) HEREBY CERTIFY THAT THE FACTS RECITED HEREIN ARE TRUE AND CORRECT. I (WE) UNDERSTAND THAT THE U.S. COAST GUARD WILL RELY ON THOSE RECITATIONS IN INDEXING THE ATTACHED INSTRUMENT.

SIGNATURE(S): (SEE INSTRUCTIONS)

FOR THE GRANTOR(S) ______________________

CLIFFORD F. BLACK

FOR THE GRANTEE(S) [signature]

I KILL FISH LLC
BY: TREVER FLATHMAN, MEMBER

STATE: Washington

COUNTY: Lewis

SUBSCRIBED AND SWORN BEFORE ME ON: 10/31/2018

NOTARY PUBLIC: Vanessa Meyer

MY COMMISSION EXPIRES: 08/01/2020
*(DATE)*

VANESSA MEYER
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES 08-01-2020

WARNING: FALSE STATEMENT MAY RESULT IN FINE OR IMPRISONMENT PURSUANT TO TITLE 18 USC.



Reset

EXHIBIT B
PAGE 3 OF 17

COPPER RIVER BOATS & PERMITS LLC

# SHIPS MORTGAGE
# PROMISSORY NOTE
## AGREEMENT TO PURCHASE
## AND EARNEST MONEY RECEIPT
## FOR THE FISHING VESSEL GUNS-N-ROSES
## OFFICIAL NUMBER: 1080607

1. **PARTIES:**

   a. Seller/Mortgagee: **Clifford F. Black** of **11620 Our Road, Anchorage, Alaska 99516.**

   b. Buyer/Mortgagor: **I Kill Fish LLC** of **2205 10th Street West, Palmetto, Florida 34221.**

2. **RECITALS:** Seller (hereinafter referred to as "Seller", "Seller/Mortgagee" or "Mortgagee") agrees to sell and Buyer (hereinafter referred to as "Buyer", "Buyer/Mortgagor" or "Mortgagor") agrees to buy, "AS IS", "WHERE IS", "WITH ALL FAULTS", and further on the terms conditions of this Agreement to Purchase, the following described fishing vessel:

   a. The fishing vessel **Guns-N-Roses** . Official Number **1080607**, HIN number **ORZ00253G989**, a 31' Paul Underhill aluminum gillnetter rigged and outfitted for her intended service together with all rigging, deck machinery, engine(s), electronics and attachments (except where specifically excluded herein), and if applicable;

   b. The following described additional gear/equipment: **One 1970 Ford F-100 Truck, six impellers, 800 fathoms of Bristol Bay salmon drift gear, miscellaneous vessel tools and miscellaneous net bags.**

   c. The following described gear/equipment IS SPECIFICALLY NOT INCLUDED: **One group radio & antenna.**

3. **PURCHASE PRICE AND MORTGAGE:** The total purchase price for this transaction is **$130,000.00 (one hundred thirty thousand dollars)**, payable as follows:

   i. Earnest money on, and part payment for, this transaction in the amount of $30,000.00 (thirty thousand dollars) shall be paid by Buyer to Broker Copper River Boats & Permits LLC, by either check or direct deposit into Brokers earnest money account at Wells Fargo Bank N.A. within three business days of signing;



Buyers Initials IF ; Sellers Initials CB

ii. Buyer/Mortgagor promises to deposit a payment in the amount of $10.000.00 (ten thousand dollars). to Broker Copper River Boats & Permits LLC. on or before December 14. 2018. In the event that Buyer/Mortgagor defaults on this payment. Buyer/Mortgagor hereby warrants and agrees that Seller/Mortgagee shall have the absolute right to retake the vessel with or without legal process, at any time. at any place, and, without being responsible for loss or damage. When and if Seller/Mortgagee retakes the vessel due to default of this payment, Buyer/Mortgagor shall work with Seller to cleanly transfer the vessel back to Seller in full, and when Seller retakes the vessel Seller shall be entitled to any upgrades on the vessel at no cost to him:

iii. The mortgage amount will be $90.000.00 (ninety thousand dollars).

iv. The term of the mortgage shall be 2 (two) years.

v. The interest rate shall be fixed at 5% (five percent) per annum for the term of the mortgage;

vi. Buyer promises to pay Seller directly. without demand, payment number one in the amount of $48,402.44 (forty-eight thousand four hundred two dollars and forty-four cents). on or before October 1. 2019;

vii. Buyer promises to pay a final payment in the amount of $48,402.44 (forty-eight thousand four hundred two dollars and forty-four cents), without demand, directly to Seller, on or before October 1, 2020;

viii. The mortgage/note principle can be paid off in full early with no penalties.

ix. Mortgagee (Seller) shall have the absolute right to repossess, arrest and/or force the sale of the vessel if any scheduled payment is 2 (two) months late.

x. Mortgagee shall also have any rights and/or remedies available under admiralty law and/or the laws of the State of Alaska. at Mortgagees choice of law. to enforce the provisions herein beyond the right to repossess, arrest or force the sale of the vessel for late payment.

xi. The total cost to the Mortgagor (Buyer) over the full term of the mortgage is $96,804.88 (ninety-six thousand eight hundred four dollars and eighty-eight cents). This figure includes the loan amount of $90,000.00 (ninety thousand dollars) and interest payments of $6.804.88 (six thousand eight hundred four dollars and eighty-eight cents):

xii. Mortgagee shall file this preferred ships mortgage with the USCG in West Virginia as a lien against the vessel and shall also file a UCC notice of claim of lien.

xiii. Mortgagor shall sign any additional documents that may be required to secure Mortgagees interest in the vessel;

xiv. Mortgagor shall not use the vessel as collateral for other loans or otherwise encumber the vessel unless granted formal written permission from Mortgagee prior to doing so. If Mortgagor encumbers the vessel without Mortgagees written permission that shall be considered a breach and Mortgagee shall have the right to repossess and/or force the sale of the vessel.

xv. Mortgagee, Clifford F. Black, shall be the primary lienholder against the vessel and first payee in any event.



Buyers Initials JF ; Sellers Initials CB

EXHIBIT B
PAGE 5 OF 17

4. **ALLOCATION OF PURCHASE PRICE FOR LOAN PURPOSES:**

a. Price of vessel: **$110,000.00 (one hundred ten thousand dollars).**

b. Price of additional gear/equipment (if any): **$20,000.00 (twenty thousand dollars).**

5. **MISCELLANEOUS PROVISIONS:**

a. Fuel: The vessel is being sold with the fuel onboard at closing. This fuel is included in the purchase price.

b. Harbor Slip: The vessel's harbor slip is not included in the sale.

c. Vessel location at closing: The vessel will be located in Bellingham, Washington at closing.

d. Vessel Loss prior to closing: In the event that the vessel is lost, destroyed, or otherwise substantially damaged or altered (as determined by a marine surveyor) prior to closing, through no fault of Buyer, Buyer has the absolute right to back out of this Agreement entirely. Doing so shall not constitute a breach of contract by Buyer. Loss or substantial damage to vessel in the interim shall not constitute a breach by either party and shall not trigger the damages provisions herein.

e. Vessel Insurance: **Buyer/Mortgagor shall be responsible for obtaining and paying for vessel insurance prior to closing and maintaining insurance on the vessel in a monetary amount great enough to cover Seller's (Mortgagee's) interest in the vessel. Seller shall be named as first loss payee and as additional assured and shall be provided with a copy of the vessels proof of insurance policy every year upon renewal until the mortgage is paid in full.**

**Buyer / Mortgagor's Initials;** JF

f. Seller's Belongings: Seller shall remove all Seller's personal items from the vessel. Buyer agrees that these items are not included in the sale of the vessel.

6. **SELLERS WARRANTIES TO BUYER:**

a. Seller warrants that the F/V **Guns-N-Roses**, and the additional gear/equipment listed in this transaction (if any) is Seller's to sell.

b. Seller warrants free and clear title with no mortgages or encumbrances of any type whatsoever on the vessel, other than the mortgage and promissory note described herein, to Buyer at closing.



**Buyers Initials** JF **; Sellers Initials** CB

c. Seller warrants that Seller shall defend, hold harmless and fully indemnify Buyer from any encumbrances or liens related to Sellers ownership of the vessel if they ever arise in the future including but not limited to: any post-closing in rem actions filed against the vessel itself by any crew, captain, or past provider of services or supplies to the vessel who worked on or around the vessel during the time period that Seller owned the vessel.

d. In the interest of full disclosure, Seller currently has the following mortgage(s)/encumbrance(s) on the vessel: **One North Pacific Seafoods, Inc., commercial vessel loan.**

e. Seller warrants that the mortgage(s)/encumbrance(s), if any, listed in Section 6.d., will be paid in full prior to closing.

f. Seller warrants that the vessel is in the same shape it was in at the time of its last survey with the exception of another year of normal wear and tear.

f. No other warranties, express or implied, are valid or enforceable against Seller.

## 7. SELLERS RESPONSIBILITES FOR CLOSING:

a. Provide vessel and additional gear/equipment (if any) with free and clear title at closing.

b. Sign paperwork necessary to close this transaction.

c. Make vessel and additional gear/equipment (if any) available for Buyer or Buyer's agent(s) to inspect.

d. Seller is responsible for transferring the truck title to Buyer through the DMV. Broker is not involved in this transaction.

e. Pay Broker's fee in full.

## 8. BUYER/ MORTGAGOR'S RESPONSIBILITIES FOR CLOSING AND COSTS:

a. Buyer, I Kill Fish LLC, warrants that the undersigned Trever Flathman, as sole member of the limited liability company, has the authority to sign on behalf of the company for the purchase of assets of this type and value.

b. Buyer warrants that its operating agreement has been properly followed for this transaction.



Buyers Initials TF ; Sellers Initials CB

EXHIBIT B
PAGE 7 OF 17

c. Buyer warrants that I Kill Fish LLC is in good standing with the State of Nevada.

d. Buyer shall provide earnest monies and payment in full to close this transaction.

e. Buyer shall sign any paperwork necessary to close this transaction.

f. Buyer shall perform due diligence and inspect vessel and additional gear/equipment (if any) subject to this purchase agreement.

g. Buyer shall be fully and wholly responsible for any bank fees and/or associated costs of any financing Buyer requires to close this transaction.

h. Buyer shall be fully and wholly responsible for making the mortgage payments to Seller without demand pursuant to the mortgage terms in Section 3.

i. Buyer shall be entirely responsible for the cost of documenting and/or registering the vessel with any state or federal entity.

## 9. BUYER'S WARRANTIES TO SELLER AND PROMISE TO PAY:

a. Buyer warrants that Buyer and/or Buyer's Agent inspected the vessel and additional gear/equipment (if any) subject to this Agreement to Purchase and has found the vessel and additional gear/equipment (if any) to be in acceptable condition for the negotiated purchase price.

**Buyer / Mortgagor's Initials:** JF

b. Buyer/Mortgagor promises to pay Seller according to the terms herein.

**Buyer / Mortgagor's Initials:** JF

c. Buyer warrants to insure the vessel and provide notice as per Section 5e above.

**Buyer / Mortgagor's Initials:** JF

## 10. REMEDIES FOR PRE-CLOSING BREACH OF CONTRACT AND PRE-DETERMINED DAMAGE AWARDS:

a. The parties agree to the following pre-determined damage awards in the event of a breach of contract by either party that causes the sale of the vessel to not happen by the closing date (subject to the exceptions in Section 11);



**Buyers Initials** JF ; **Sellers Initials** CB

EXHIBIT B
PAGE 8 OF 17

b. If Seller breaches this Agreement and does not provide Buyer with the vessel subject to this Agreement, with free and clear title (other than the preferred ships mortgage herein) by the closing date then;

i. Buyer shall be entitled to a return of the full amount of earnest monies paid to date and;
ii. Seller shall pay Broker's commission and city tax in full as if the transaction closed and;
iii. Seller shall pay Buyer **$10,000.00 (ten thousand dollars)** as damages and;
iv. Seller shall maintain title to the vessel.

c. If Buyer breaches this Agreement and does not provide Seller, through Broker, the full purchase price agreed to by the closing date then;

i. Buyer shall pay Seller **$10,000.00 (ten thousand dollars)** as damages and;
ii. Buyer shall pay Broker's commission and city tax in full as if the transaction closed and;
iii. Seller shall maintain title to the vessel.

d. In the event that either party, or Broker, has to sue to enforce the pre-determined damage awards agreed to in this section, the party in breach shall pay the non-breaching party's reasonable attorney fees and expenses.

11. **CLOSING DEFINED AND CLOSING DATE:**

a. The closing date shall be on or before **November 9, 2018**, with the following exception: In the event that closing is delayed by any lending institution or any state or federal agency or department, and not through the fault of either Buyer or Seller, the closing date shall be continued for up to fourteen (14) days and this Purchase Agreement shall remain binding.

b. Closing shall mean transfer of ownership via federal documentation, the recording of this document and the payment of the agreed upon down payment, Broker fees and registration fees by the party the fees are allotted to.

12. **BROKER:** Copper River Boats & Permits LLC, an Alaskan limited liability company with a mailing address of: P.O. Box 1722, Cordova, Alaska 99574, phone number (907) 424-5335, website www.crboats-permits.com, is acting as Seller's broker in this transaction. The duties of Broker are limited to those specifically provided for herein and are ministerial in nature.



Buyers Initials JE ; Sellers Initials CB

## 13. BROKER'S DUTIES, FEES, AND NET PAYMENT TO SELLER:

a. After Buyer and Seller have delivered all paperwork and monies to Broker necessary for closing, Broker shall handle closing in a timely manner.

b. Seller shall pay Broker a fee in the amount of **$6,500.00 (six thousand five hundred dollars)** at closing.

c. **Broker IS NOT involved in the collection of the mortgage/note payment monies or any post-closing paperwork.** Buyer/Mortgagor shall make all post-closing payments due to Seller/Mortgagee directly, without demand, according to Section 3 herein.

d. **Broker IS NOT** handling the transfer of the 1970 Ford F 100 Truck title through the DMV; this is Seller's responsibility.

e. On behalf of Seller, Broker shall satisfy Sellers **North Pacific Seafoods, Inc., commercial vessel mortgage** at closing with a portion of the proceeds from this transaction and additional funds from Seller if necessary.

f. The net payment to Seller from this transaction shall be the purchase price minus brokerage fees and any encumbrances. Seller shall receive the net payment from Broker's earnest money account in a timely fashion following receipt of the purchase monies in full by Broker and transfer of title.

## 14. INDEMNIFICATION OF BROKER BY ALL PARTIES:

a. Both Buyer/Mortgagor and Seller/Mortgagee agree to waive any and all legal claims against Broker.

b. Both Buyer/Mortgagor and Seller/Mortgagee agree to defend, indemnify and to hold Copper River Boats & Permits LLC and its brokers, agents, representatives and employees harmless from any disputes that may arise between Buyer and Seller for any reason.

c. Both Buyer and Seller agree to defend, indemnify and to hold Copper River Boats & Permits LLC and its brokers, agents, representatives and employees from any disputes involving time of transfer.

d. Both Buyer and Seller acknowledge they have not relied upon any representations made by CRB&P LLC, its brokers, agents, representatives or employees or received any legal advice or tax advice from CRB&P LLC, its brokers, agents, representatives or employees.



Buyers Initials JF; Sellers Initials CB

e. Both Buyer and Seller agree to defend, indemnify, and hold Copper River Boats & Permits LLC and its brokers, agents, representatives and employees harmless for any print or internet listing misrepresentations, omissions, or typos whatsoever including but not limited to: the vessels construction, fitness for a particular fishery/purpose, length, tonnage or equipment included in the sale.

f. Both parties understand that Broker has not inspected the vessel and thus has no firsthand knowledge of the vessel but has relied upon Sellers representation of the vessel and a vessel survey provided by Seller (if one was available) to provide the listing information.

**Buyer / Mortgagor's Initials** Re: Sec (14); JF

**Seller / Mortgagee's Initials** Re: Sec (14); CB

15. **NO WARRANTIES MADE BY BROKER:** Both Buyer and Seller acknowledge that Copper River Boats & Permits LLC and/or its brokers, agents, representatives, and employees are merely passing on information from the Seller regarding the vessel and equipment (if any) involved in this transaction and that NO WARRANTIES EXPRESS, IMPLIED, OR OTHERWISE, including but not limited to the vessels: seaworthiness or fitness for a particular fishery, are made by or enforceable against Copper River Boats & Permits LLC, and/or its brokers, agents, representatives, or employees.

16. **MODIFICATIONS:** This Agreement may only be modified by a writing signed by both Buyer and Seller.

17. **FAILURE TO ENFORCE NOT A WAIVER:** Failure by either party to enforce any provision of this Agreement does not constitute a waiver of that provision or of any provision of this Agreement.

18. **SEVERABILITY:** Any section or provision of this Agreement that is found unenforceable by an Alaska Court shall be deemed severed from this Agreement and the other sections and provisions shall remain in full effect.

19. **ALASKA LAW SHALL GOVERN:** This Agreement shall be governed and construed by the laws of the State of Alaska.

20. **VENUE:** Any legal action shall be filed and fully adjudicated in the State of Alaska.



Buyers Initials JF ; Sellers Initials CB

EXHIBIT B
PAGE 11 OF 17

21. **LEGAL COUNSEL:** Both Buyer and Seller have had an opportunity to review this Agreement with independent legal counsel prior to signing.

22. **SIGNATURES BY FAX and in COUNTERPARTS ALLOWED:** Signatures by facsimile shall be considered as original signatures. Signatures may be executed in counterparts and/or by conformed copies. A signature on one conformed copy shall constitute that party's signature on all other conformed copies.

23. **AGREEMENT IN FULL:** Both Buyer and Seller acknowledge that this Agreement encompasses the entire agreement between the parties and that there are no other side agreements made by the parties.

24. **BINDING CONTRACT:** This Agreement shall be binding upon and shall inure to the benefit of the parties hereto and their respective executors, administrators, representatives and heirs.

25. **SURVIVE CLOSING:** The mortgage provisions herein, Buyers promise to pay the mortgage, and any sections necessary to protect Seller/Mortgagee's interest in the vessel and mortgage/note post-closing shall survive closing.

26. **NOTARIZED SIGNATURES OF BUYER AND SELLER:**

**SELLER / MORTGAGEE:** Cliff Black
**CLIFFORD F. BLACK**

**DATED:** 11-6-18

**STATE OF** CA )
) **SS.**
Santa Cruz County )

**Personally came before me this** 6th **day of** Nov, 2018, **the above named** Clifford F. Black, **to me known to be the person who executed the foregoing instrument and acknowledged the same.**

CHRIS KLEIN
Notary Public – California
Santa Cruz County
Commission # 2222971
My Comm. Expires Nov 23, 2021

Notary Public
My commission expires: 11/23/2021



**Buyers Initials** JF **; Sellers Initials** CB

EXHIBIT B
PAGE 12 OF 17

**BUYER / MORTGAGOR:** ____________________
**I KILL FISH LLC**
**BY: TREVER FLATHMAN, MEMBER**

**DATED:** 10/31/18

**STATE OF** Washington )
) **SS.**
County of Lewis )

**Personally came before me this** 31 **day of** October, 2018, **the above named**

Trever Flathman, **to me known to be the person who executed the**

**foregoing instrument and acknowledged the same.**

VANESSA MEYER
NOTARY PUBLIC
COMMISSION EXPIRES
08-01-2020
STATE OF WASHINGTON

____________________
Notary Public
My commission expires: 08/01/2020

**27. SIGNATURE OF BROKER ACKNOWLEDGING RECEIPT OF EARNEST MONIES FROM BUYER:**

**BROKER: By:** ____________________ for Copper River Boats & Permits LLC

**DATED:** 11/10/18

## Amortization Schedule

**Loan Date: 11/1/2018**
**Principal: $90,000.00**
**Interest Rate: 5.00%**
**Payment Interval: Annually**
**# of Payments: 2**
**Interest Rate: 5.00%**
**Payment: $48,402.44**

### Schedule of Payments

Please allow for slight rounding differences.

| Pmt # | Date | Principal | Interest | Payment | Balance |
|---|---|---|---|---|---|
| 1 | 11/1/2019 | $43,902.44 | $4,500.00 | $48,402.44 | $46,097.56 |
| Total | 2019 | $43,902.44 | $4,500.00 | | |
| 2 | 10/31/2020 | $46,097.56 | $2,304.88 | $48,402.44 | $0.00 |
| Total | 2020 | $46,097.56 | $2,304.88 | | |
| **Grand Total** | | **$90,000.00** | **$6,804.88** | | |

Close Window

EXHIBIT B
PAGE 14 OF 17

PRIOR AND SUBSEQUENT LIEN AFFIDAVIT

STATE OF ALASKA
________JUDICIAL DISTRICT

I/WE, the undersigned, in pursuance of the provisions of 46 USC 31323, do hereby attest that at the time of executing a certain Preferred Mortgage on the vessel **OVERKILL, 1080607** in favor of **CLIFFORD F. BLACK** that there are no prior maritime liens, mortgages, or other obligations of liability upon the vessel know to the undersigned Mortgagor except:

1. **Mortgage to CLIFFORD F. BLACK in the amount of $90,000.00 now being recorded.**

I/WE, the undersigned, further attest that after the mortgage is executed and prior to it being recorded, no other contractual obligations creating a lien upon the vessel, with the exception of a lien for wages or for salvage, will be entered into without the express written consent of the Mortgagee.

Mortgagor: ______________________
**I KILL FISH LLC**
**BY: TREVER FLATHMAN, MEMBER**

DATED: 10/31/18

DATED: 10/31/2018

**STATE OF** Washington )
) SS.
County of Lewis )

Personally came before me this 31 day of October, 2018, the above named TREVER FLATHMAN, to me known to be the persons who executed the foregoing instrument and acknowledged the same.

Vanessa Meyer
Notary Public
My commission expires: 08/01/2020

VANESSA MEYER
COMMISSION EXPIRES
NOTARY PUBLIC
08-01-2020
STATE OF WASHINGTON

EXHIBIT B
PAGE 15 OF 17

EMAILED Batch #: 57715900 / Doc #: 2 / File Date: 11/14/2018 6:41:00 P

DEPARTMENT OF HOMELAND SECURITY
U.S. Coast Guard
**BILL OF SALE**

OMB No: 1625-0027
Expires: 07/31/2019

1. VESSEL NAME
GUNS-N-ROSES

2. OFFICIAL NUMBER OR HULL ID NUMBER
1080607

3. NAME(S) AND ADDRESS(ES) OF SELLERS
CLIFFORD F. BLACK
11620 OUR ROAD
ANCHORAGE, AK 99516

3A. TOTAL INTEREST OWNED *(IF LESS THAN 100%)*: __________ %

NATIONAL VESSEL DOCUMENTATION CENTER
US COAST GUARD
I HEREBY CERTIFY THIS TO BE A TRUE COPY OF THE RECORDS OF THIS OFFICE
Angela Sáez
DOCUMENTATION OFFICER
DATE 9-8-2022 @ 6:30am

4. NAME(S) AND ADDRESS(ES) OF BUYER(S) AND INTEREST TRANSFERRED TO EACH
I KILL FISH LLC
401 RYLAND STREET, STE 200-A
RENO, NV 89502
2205 10TH STREET WEST
PALMETTO, FL 34221

4A. TOTAL INTEREST TRANSFERRED (100% UNLESS OTHERWISE SPECIFIED): __________ %

4B. MANNER OF OWNERSHIP. UNLESS OTHERWISE STATED HEREIN, THIS BILL OF SALE CREATES A TENANCY IN COMMON, WITH EACH TENANT OWNING AN EQUAL UNDIVIDED INTEREST. CHECK ONLY ONE OF THE FOLLOWING BLOCKS TO SHOW ANOTHER FORM OF OWNERSHIP.

☐ JOINT TENANCY WITH RIGHT OF SURVIVORSHIP ☐ TENANCY BY THE ENTIRETIES ☐ COMMUNITY PROPERTY

☐ OTHER *(DESCRIBE)*

5. CONSIDERATION RECEIVED *(ONE DOLLAR AND OTHER VALUABLE CONSIDERATION UNLESS OTHERWISE STATED)*

6. I (WE) DO HEREBY SELL TO THE BUYER(S) NAMED ABOVE, THE RIGHT, TITLE AND INTEREST IDENTIFIED IN BLOCK 4 OF THIS BILL OF SALE, IN THE PROPORTION SPECIFIED HEREIN.

VESSEL IS SOLD FREE AND CLEAR OF ALL LIENS, MORTGAGES, AND OTHER ENCUMBRANCES OF ANY KIND AND NATURE, EXCEPT AS STATED ON THE REVERSE HEREOF. VESSEL IS SOLD TOGETHER WITH AN EQUAL INTEREST IN THE MASTS, BOWSPRIT, SAILS, BOATS, ANCHORS, CABLES, TACKLE, FURNITURE, AND ALL OTHER NECESSARIES THERETO APPERTAINING AND BELONGING, EXCEPT AS STATED ON THE REVERSE HEREOF.

7. SIGNATURES OF SELLER(S) OR PERSON(S) SIGNING ON BEHALF OF SELLER(S).
Cliff Black

8. DATE SIGNED
11-7-18

9. NAME(S) OF PERSON(S) SIGNING ABOVE, AND LEGAL CAPACITY IN WHICH SIGNED *(E.G., OWNER, AGENT, TRUSTEE, EXECUTOR)*
CLIFFORD F. BLACK, OWNER

10. ACKNOWLEDGMENT (TO BE COMPLETED BY NOTARY PUBLIC OR OTHER OFFICIAL AUTHORIZED BY A LAW OF A STATE OR THE UNITED STATES TO TAKE OATH.)

ON 11/07/18 *(DATE)* THE PERSON(S) NAMED IN SECTION 9 ABOVE ACKNOWLEDGED EXECUTION OF THE FOREGOING INSTRUMENT IN THEIR STATED CAPACITY(IES) FOR THE PURPOSE THEREIN CONTAINED.

STATE: California
COUNTY: Santa Cruz

NOTARY PUBLIC:

Please see attached document
Notary Public MAWATZ

MY COMMISSION EXPIRES: 10/4/2022 *(DATE)*



EXHIBIT B
PAGE 16 OF 17

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT** CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of SANTA CRUZ )

On 11/07/18 before me, Miguel A. Tobon NOTARY PUBLIC,
Date — Here Insert Name and Title of the Officer

personally appeared Cliff Black
Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

MIGUEL ANGEL TOBON
Commission # 2281088
Notary Public - California
Santa Cruz County
My Comm. Expires Oct 04, 2022

Signature [signature]
Signature of Notary Public

*Place Notary Seal Above*

***OPTIONAL***

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: ______ Document Date: ______

Number of Pages: ______ Signer(s) Other Than Named Above: ______

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: ______
☐ Corporate Officer — Title(s): ______
☐ Partner — ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: ______
Signer Is Representing: ______

Signer's Name: ______
☐ Corporate Officer — Title(s): ______
☐ Partner — ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: ______
Signer Is Representing: ______

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827) Item #5907

EXHIBIT B
PAGE 17 OF 17