SilverFlume
NEVADA'S BUSINESS PORTAL

BUSINESSINFORMATION

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:** I KILL FISH LLC

**Entity Number:** E0245362018-1

**Entity Type:** Domestic Limited-Liability Company (86)

**Entity Status:** Active

**Formation Date:** 05/20/2018

**NV Business ID:** NV20181362735

**Termination Date:** Perpetual

**Annual Report Due Date:** 5/31/2023

**Series LLC:**

**Restricted LLC:**

### REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:** REGISTERED AGENTS INC.

**Status:** Active

**CRA Agent Entity Type:**

**Registered Agent Type:** Commercial Registered Agent

**NV Business ID:** NV20131735999

**Office or Position:**

**Jurisdiction:** WYOMING

**Street Address:** 401 RYLAND ST STE 200-A, Reno, NV, 89502, USA

**Mailing Address:**

**Individual with Authority to Act:** BILL HAVRE

**Fictitious Website or Domain Name:**

## OFFICER INFORMATION

VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Managing Member | TREVER FLATHMAN | 401 RYLAND ST STE 200-A, RENO, NV, 89502, USA | 05/20/2018 | Active |

Page 1 of 1, records 1 to 1 of 1

Filing History | Name History | Mergers/Conversions

Return to Search | Return to Results

EXHIBIT C
PAGE 1 OF 1

PLAINTIFF
EXHIBIT NO. C
ADMITTED ☐
(CASE NUMBER)