## CFEC Public Search Application

This search engine allows you to find Permit, Vessel and Intent records using any combination of valid criteria as set forth below. Results are limited to 3000 records, but yearly downloads and custom lists are also available. Click here for a complete description of the CFEC permit card. Please note that information for guided sport vessels is available through ADFG. **Clicking the + and - icons to the left of permt & vessel records will toggle expanded details.**

Permits | **Vessels** | Intents | Custom Lists | Yearly Downloads | Help

Name: Overkill (Contains) ADFG: 67593 (Contains) AK #: (Contains)
CFEC ID: (Contains) Zip Code: (Contains) Area(s): Select Area(s)
Firstname: (Contains) Lastname: (Contains) Year(s): (Contains)

Find | Clear | Print Page | Download

Page 1 of 1    Displaying 1 - 5 of 5

| | Vessel | | | Vessel Owner | | | |
|---|---|---|---|---|---|---|---|
| | Year | ADFG Number | Vessel Name / Vessel Number / Vessel Length | Owner's Name and Address | Status | Vessel Activity / Salmon Net Area / Gear Codes | CFECID |
| ⊟ | **2022** | 67593 | OVERKILL<br>1080607<br>32 | FLATHMAN, TREVER<br>2205 10TH ST W<br>PALMETTO, FL 34221 | 9999-12-31<br>2022-12-31 | FISHING<br>BRISTOL BAY<br>03 | 425241 |

| | | | |
|---|---|---|---|
| **Year Build:** 1988 | **Homeport City:** CORTEZ | **Homeport State:** FL | **Engine Type:** GAS |
| **Make:** BOWPICKER | **Hull Type:** ALUMINUM | **Hull ID:** ORZ00253G989 | **Value:** 200000 |
| **Hold Capacity:** 575 | **Live Capacity:** 0 | **Refrigeration:** Y | **Horsepower:** 630 |
| **Net Tons:** 5 | **Gross Tons:** 6 | **Fuel Capacity:** 330 | **Length:** 32 |

| | Year | ADFG Number | Vessel Name / Vessel Number / Vessel Length | Owner's Name and Address | Status | Vessel Activity / Salmon Net Area / Gear Codes | CFECID |
|---|---|---|---|---|---|---|---|
| ⊞ | **2022** | 67593 | OVERKILL<br>1080607<br>32 | SALISBURY, MADELEINE<br>209 DUNES ST #4<br>MORRO BAY, CA 93442 | 2022-04-20<br>2022-12-31 | FISHING<br>BRISTOL BAY<br>03 | 936725 |
| ⊞ | **2021** | 67593 | OVERKILL<br>1080607<br>32 | FLATHMAN, TREVER<br>2205 10TH ST W<br>PALMETTO, FL 34221 | 2021-06-10<br>2021-12-31 | FISHING<br>BRISTOL BAY<br>03 | 425241 |
| ⊞ | **2020** | 67593 | OVERKILL<br>1080607<br>32 | FLATHMAN, TREVER<br>2205 10TH ST W<br>PALMETTO, FL 34221 | 2020-06-08<br>2020-12-31 | FISHING<br>BRISTOL BAY<br>03 | 425241 |
| ⊞ | **2019** | 67593 | OVERKILL<br>1080607<br>32 | I KILL FISH LLC<br>2205 10TH ST W<br>PALMETTO, FL 34221 | 2019-05-15<br>2019-12-31 | FISHING<br>BRISTOL BAY<br>03 | 749303 |

EXHIBIT 2
PAGE 1 OF 2

PLAINTIFF
EXHIBIT NO. 2
ADMITTED ☐
(CASE NUMBER)

## CFEC Public Search Application

This search engine allows you to find Permit, Vessel and Intent records using any combination of valid criteria as set forth below. Results are limited to 3000 records, but yearly downloads and custom lists are also available. Click here for a complete description of the CFEC permit card. Please note that information for guided sport vessels is available through ADFG. **Clicking the + and - icons to the left of permt & vessel records will toggle expanded details.**

Permits | Vessels | Intents | Custom Lists | Yearly Downloads | Help

Serial: [ ] Contains    ADFG: [ ] Contains    Fishery: [ ] Contains
CFEC ID: [ ] Contains    Zip Code: [ ] Contains    Area(s): [ ] Select Area(s)
Firstname: Trever Contains    Lastname: Flathman Contains    Year(s): [ ] Contains

Find    Clear    Field Key    Print Page    Download

Page 1 of 1    Displaying 1 - 4 of 4

| | Permit | | | | Permit Holder | | |
|---|---|---|---|---|---|---|---|
| **Year / Fishery** | **Permit / Permit Type** | **Record # / YR/Seq/Alpha** | **Dates Valid** | **Status** | **Name and Address** | **Residency / CFECID** | **ADFG Number** |
| **2022** S03T | 61719 B Permanent | 02 2202E | 2022-04-21 Current | Temporary holder through emergency transfer | FLATHMAN, TREVER 2205 10TH ST W PALMETTO, FL 34221 | N 425241 | 67593 |

Permit Number: 61719

**Lien(s):** None
**Intent to Transfer:** No
**Demerit Points assessed:** Yes (6)
**Intent Filed Date:** N/A
**Transferable:** Yes
**Intent Effective Date:** N/A
**Notes:** Unavailable
**Intent End Date:** N/A

| Date | Actions | | ID | Name | Residency |
|---|---|---|---|---|---|
| 2022-05-03 | 007 - Embossed Duplicate Juneau | 02 - 02E | 425241 | FLATHMAN, TREVER | N |
| 2022-05-03 | 006 - Embossed Duplicate Effective | 02 | 425241 | FLATHMAN, TREVER | N |
| 2022-04-21 | 005 - Embossed Juneau | 02 - 01L | 425241 | FLATHMAN, TREVER | N |
| 2022-04-21 | 004 - Emergency Transfer Received | 02 | 425241 | FLATHMAN, TREVER | N |

| Year / Fishery | Permit / Permit Type | Record # / YR/Seq/Alpha | Dates Valid | Status | Name and Address | Residency / CFECID | ADFG Number |
|---|---|---|---|---|---|---|---|
| **2021** S03T | 58396 K Permanent | 02 2101F | 2021-06-10 2022-01-01 | Temporary holder through emergency transfer | FLATHMAN, TREVER 2205 10TH ST W PALMETTO, FL 34221 | N 425241 | 67593 |
| **2020** S03T | 56170 U Permanent | 02 2002K | 2020-01-27 2021-01-01 | Temporary holder through emergency transfer | FLATHMAN, TREVER 2205 10TH ST W PALMETTO, FL 34221 | N 425241 | 67593 |
| **2019** S03T | 57970 N Permanent | 02 1901G | 2019-05-15 2020-01-01 | Temporary holder through emergency transfer | FLATHMAN, TREVER 2205 10TH ST W PALMETTO, FL 34221 | N 425241 | 67593 |

EXHIBIT D
PAGE 2 OF 2