Kevin D. Callahan
Kevin D. Callahan Law LLC
11620 Our Road, Anchorage Alaska 99516
kdcallahanlaw@protonmail.com
907-250-2505
Attorney for Clifford F. Black

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA IN ANCHORAGE**

| | |
|---|---|
| Clifford F. Black,<br>Plaintiff,<br><br>vs.<br><br>I Kill Fish LLC and<br>Trever James Flathman,<br><br>Defendants. | Case No. |

## AFFIDAVIT OF KEVIN D. CALLAHAN

KEVIN D. CALLAHAN, hereby being first duly sworn upon oath, deposes and states as follows:

1. My name is Kevin D. Callahan. I am the attorney of record for plaintiff Clifford F. Black in this matter. I am submitting this affidavit to authenticate Exhibits A, B, C and D which are attachments to the complaint filed in this matter, and also to explain what they are and how I obtained them. I have personal knowledge of the facts set forth herein.

Kevin D. Callahan Law LLC
11620 Our Road Anchorage Alaska 99516
kdcallahanlaw@protonmail.com
907-250-2505

2. Exhibit A is a true and correct copy of the United States Coast Guard National Vessel Documentation Center ("USCG NVDC") Abstract of Title for the F/V Overkill, Official Number 1080607, as certified and issued on August 26, 2022. The USCG NVDC is the agency responsible for filing and recording sales and mortgage documents on federally documented vessels and with providing copies upon request. This Abstract of Title was sent to me by USCG NVDC by email in response to such a request which I made. The first page of Exhibit A is the responsive cover letter emailed to me by the USCG NVDC, included here for completeness and context.

3. Exhibit B is true and correct copies of two documents which I separately requested from the USCG NVDC and received in a single email; these have therefore been left together. (1) The first is a true and correct copy of the preferred mortgage filed with and recorded by the USCG NVDC on November 14, 2018 for the F/V Overkill, Official Number 1080607, as certified and issued by the USCG NVDC on September 8, 2022. Ex. B, p.1 is the responsive cover letter emailed to me by the USCG NVDC, again included for completeness and context. (2) The second document at Ex. B, Ps. 16 and 17 is a true and correct copy of the Bill of Sale for the F/V Overkill, Official Number 1080607, as also certified and issued by USCG NVDC on September 8, 2022. The Bill of Sale was included in the same email with the preferred mortgage by the USCG NVDC in their response to my request, however they are distinct documents separately certified by USCG NVDC.

Kevin D. Callahan Law LLC
11620 Our Road Anchorage Alaska 99516
kdcallahanlaw@protonmail.com
907-250-2505

4. Exhibit C is a true and correct pdf copy of a web page search I made on September 25, 2022 of the web site of the Nevada Secretary of State, https://www.nvsos.gov/sos, on the tab "search businesses" for the query "I Kill Fish LLC." The first result was a summary page with another specific link for I Kill Fish LLC. This in turn linked to the attached page with detailed information on I Kill Fish LLC at https://esos.nv.gov/EntitySearch/BusinessInformation. The page has been converted to a pdf for filing.

5. Exhibit D is true and correct copies of two searches I made on September 25, 2022 of the State of Alaska Commercial Fisheries Entry Commission ("CFEC") online public records. Both are linked from the CFEC homepage at https://www.cfec.state.ak.us. The first search page is of the Commercial Vessel Database under the "vessel" tab for the named vessel "Overkill" and its Alaska Department of Fish and Game number "67593". See https://www.cfec.state.ak.us/plook/#vessels. The listing of its USCG official number 1080607 confirms it is the same F/V Overkill listed in the USCG NDVC Exhibits A and B above. The second search page is of the same database but under the "permit" tab for "Trever" and "Flathman" in the first and last name boxes. See https://www.cfec.state.ak.us/plook/#permits. The page has been converted to a pdf for filing.

Kevin D. Callahan Law LLC
11620 Our Road Anchorage Alaska 99516
kdcallahanlaw@protonmail.com
907-250-2505

6. I affirm under penalty of perjury that the above is true and correct to the best of my knowledge and belief.

Kevin D. Callahan

Alaska Bar No. 8411103
Attorney for Plaintiff Clifford F. Black

Kevin D. Callahan Law LLC
11620 Our Road
Anchorage, Alaska 99516
907-250-2505
kdcallahanlaw@protonmail.com

**SUBSCRIBED AND SWORN TO BEFORE ME** at Anchorage, Alaska, this 29th day of September, 2022.

Notary Public in and for the State of Alaska
My Commission Expires: 10/01/2023

Kevin D. Callahan Law LLC
11620 Our Road Anchorage Alaska 99516
kdcallahanlaw@protonmail.com
907-250-2505