Kevin D. Callahan
Kevin D. Callahan Law LLC
11620 Our Road, Anchorage Alaska 99516
907-250-2505
kdcallahanlaw@protonmail.com
Attorney for Clifford F. Black

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA IN ANCHORAGE**

| | | |
|---|---|---|
| Clifford F. Black,<br>Plaintiff,<br><br>vs.<br><br>I Kill Fish LLC and<br>Trever James Flathman,<br><br>Defendants. | ) | Case No. 3:22-cv-00209-HRH<br>Jury Trial Demanded |

**Notice to the Court on the Status of Settlement Discussions**

Plaintiff Clifford F. Black, by and through undersigned counsel, and pursuant to this Court's "Order Re Initial Scheduling & Planning Conference Report" of November 3, 2022, hereby provides notice of the status of settlement discussions in this matter.

Counsel for Plaintiff and counsel for Defendants have engaged in settlement discussions and agree that these discussions will continue. The parties also agree that December 9, 2022 is an appropriate time by which to determine what progress can be

Kevin D. Callahan Law LLC
11620 Our Road Anchorage Alaska 99516
kdcallahanlaw@protonmail.com
907-250-2505

made. The parties will further advise the Court of the status of discussions at that time or, if appropriate, before that date.

Counsel for Plaintiff and Defendants have jointly approved this submission.

Respectfully submitted this 10th day of November, 2022.

s/ Kevin D. Callahan

Kevin D. Callahan
Alaska Bar #8411103

Admitted to the Bar of the
United States District Court
District of Alaska 1989

Kevin D. Callahan Law LLC
11620 Our Road
Anchorage, Alaska 99516
907-250-2505
kdcallahanlaw@protonmail.com

Kevin D. Callahan Law LLC
11620 Our Road Anchorage Alaska 99516
kdcallahanlaw@protonmail.com
907-250-2505