IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

CLIFFORD F. BLACK v. I KILL FISH, LLC, et al.

JUDGE H. RUSSEL HOLLAND CASE NO. 3:22-cv-0209-HRH

PROCEEDINGS: ORDER FROM CHAMBERS

---

The court is in receipt of plaintiff's report[1] concerning the status of settlement negotiations. The parties will please file a further, joint report concerning the progress of their settlement negotiations no later than **December 12, 2022**.

---

[1]Docket No. 12, filed November 10, 2022.



Case 3:22-cv-00209-SLG Document 13 Filed 11/14/22 Page 1 of 1